# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# AT CHATTANOOGA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) Case No. 1:21-cr-049-01 |
| v. | ) |
| | ) Judge Travis R. McDonough |
| ALEX VICTOR FREEMAN | ) |
| | ) Magistrate Judge Susan K. Lee |
| | ) |

**ORDER**

Magistrate Judge Susan K. Lee filed a report and recommendation recommending that the Court: (1) accept Defendant's plea of guilty to Count Two of the two-count Superseding Bill of Information; (2) adjudicate the Defendant guilty of the charges set forth in Count Two of the Superseding Bill of Information; (3) defer a decision on whether to accept the plea agreement until sentencing; and (4) find Defendant shall remain in custody until sentencing in this matter (Doc. 45). Neither party filed a timely objection to the report and recommendation. After reviewing the record, the Court agrees with Magistrate Judge Lee's report and recommendation. Accordingly, the Court **ACCEPTS** and **ADOPTS** the magistrate judge's report and recommendation (Doc. 45) pursuant to 28 U.S.C. § 636(b)(1) and **ORDERS** as follows:

1. Defendant's plea of guilty to Count Two of the Superseding Bill of Information is **ACCEPTED**;

2. Defendant is hereby **ADJUDGED** guilty of the charges set forth in Count Two of the Superseding Bill of Information;

3. A decision on whether to accept the plea agreement is **DEFERRED** until sentencing; and

4. Defendant **SHALL REMAIN** in custody until sentencing in this matter which is scheduled to take place on **March 25, 2022 at 2:00 p.m.** before the undersigned.

    **SO ORDERED.**

*/s/Travis R. McDonough*
**TRAVIS R. MCDONOUGH**
**UNITED STATES DISTRICT JUDGE**